29149. HATTAWAY *v.* BUTLER BROTHERS INC.

BROYLES, C. J. The sole assignment of error in the bill of exceptions is based upon the judgment of the court striking the defendant's answer on demurrer. Under repeated decisions of the Supreme Court and of this court such a judgment is not a final judgment, and the case is still pending in the trial court. Therefore the motion to dismiss the bill of exceptions as prematurely brought is sustained.

*Writ of error dismissed. MacIntyre and Gardner, JJ., concur.*

DECIDED OCTOBER 22, 1941.

*H. W. Nalley, G. L. Hattaway,* for plaintiff in error.
*W. B. Smith, Hal M. Smith,* contra.